JAMES J. WALDORF BAR NO. 38297
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. ACV 08-05074 |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| BYRON A. SHORT, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, BYRON A. SHORT, as to claim one, in the total amount of $9,699.50; as to claim two the total amount of $9,382.41 and as to claim three the total amount of $6,002.86 for a total judgment amount of $25,084.77.

Dated: 10/10/2008

TERRY NAFISI
~~SHERRI R. CARTER~~, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1